Delton SPREE, Plaintiff–Appellant,

v.

UNITED STATES of America,
Defendant–Appellee.

No. 04–40894.
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Decided Jan. 28, 2005.

David E. Garcia, Law Offices of Korth, Heller & Garcia, Laredo, TX, for Plaintiff–Appellant.

John H. Deyampert, Jr., U.S. Department of Justice, Washington, DC, for Defendant–Appellee.

Before REAVLEY, JOLLY and HIGGINBOTHAM, Circuit Judges.

PER CURIAM: *

The judgment of the district court is affirmed for the reasons given by the judge in his order of May 11, 2004. Under the Federal Tort Claims Act limitations barred this action six months after the date of the Coast Guard's denial letter on September 20, 2002, but no suit was filed until September 5, 2003.

AFFIRMED.

* Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.